UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   26-cv-20435-JB

JOHANA CAROLINA ESCOBAR,

     Plaintiff,

v.

MARKWAYNE MULLIN, *et al.*,

     Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on the Notice of Voluntary Dismissal Without Prejudice (the "Notice").  ECF No. [18].  Upon due consideration of the Notice, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.  Each party shall bear their own attorney's fees and costs.  The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 29th day of June, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE